**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>KERTIS CONTRACTING GROUP, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-10576-JLS-RAO<br><br>JUDGMENT |

The Court, having granted default judgment against KERTIS CONTRACTING GROUP, HEREBY ORDERS, ADJUDGES AND DECREES that PLAINTIFFS CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment as follows:

PLAINTIFFS shall recover the following amounts from KERTIS CONTRACTING GROUP:

| | | |
|---|---|---|
| 1. | Liquidated damages based on original contributions | $945.72 |
| 2. | Interest from due date to April 19, 2024 (accruing at $0.18 per day) | 98.24 |
| 3. | Attorneys' fees pursuant to Local Rule 55-3 | 304.40 |
| | GRAND TOTAL | $1,348.36 |

6. Plus costs to be determined after entry of judgment.

7. Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate of 5.22% per annum.

KERTIS CONTRACTING GROUP is ORDERED to submit to an audit of its business records for the period December 2021 to present.  KERTIS CONTRACTING GROUP must allow the auditors to examine and copy the following books, records, papers, documents and reports:  W-2s, W-3s, 941s and DE9s, 1099's, general ledgers and check register.

DATED:  May 3, 2024

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE